No. 90–1855. PRICE ET AL. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORK-

ERS OF AMERICA, ET AL. C. A. 2d Cir. Certiorari denied. ▮